**CRIMINAL COURTROOM MINUTE SHEET**
**PRELIMINARY / DETENTION HEARING**

DATE: Oct 17, 2024
CASE: M-24-760-SM
Start Time: 9:01　　End Time: 10:06
COURTROOM: 401

MAGISTRATE JUDGE SUZANNE MITCHELL　　COURTROOM DEPUTY ANDREA CASTER

UNITED STATES OF AMERICA vs. Nasir Ahmad Tawhedi

Defendant States true and correct name as: same　　AGE:

**Government Cnsl:** Matt Dillon, Jessica Perry　　**Defendant Cnsl:** Craig Hoehns
**U.S. Probation Officer:** Candice Jones
Court Appointed
- [x] Defendant Appears, custody of U.S. Marshal with Counsel　　Interpreter: Jawaid Samadey
- [ ] Defendant advised of his / her right of consular notification,
- [ ] Court inquires of Government regarding notification of victim(s) under Justice for All Act.
- [x] Parties announce ready.　[x] Parties provided with a written Pretrial Services Report.

## PRELIMINARY HEARING

- [ ] Preliminary hearing waived. Waiver entered.
- [x] Government introduces evidence with testimony of __1__ witness(es) and rests.　WITNESSES
- [ ] Defendant introduces evidence with testimony of ___ witness(es) and rests.　1. Derrick Wiley-FBI
- [ ] Government　[ ] Defendant rest(s) without introducing evidence.　2.
- [ ] Government　[ ] Defendant proffer(s) evidence and rests.　3.
    - [x] The Court finds probable cause that an offense has been committed and that the defendant committed it. Defendant to be held for further proceedings in the District Court.
    - [ ] The Court does not find probable cause that an offense has been committed. Defendant released.

## DETENTION HEARING

- [ ] Government and Defendant make opening statement.
- [ ] Government withdraws request for detention and recommends defendant be released on bond with conditions per release Order.
- [ ] Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.
- [ ] Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should dft's circumstances change. Defendant remanded to custody of U.S. Marshal.
    - [ ] Government introduces evidence with testimony of ___ witness(es) and rests.
    - [ ] Defendant introduces evidence with testimony of ___ witness(es) and rests.
    - [x] Government　[ ] Defendant offer(s) no further evidence other than that presented for the Preliminary hearing.
    - [ ] Government　[ ] Defendant rest(s) without introducing evidence.
    - [ ] Government　[x] Defendant proffer(s) evidence and rests.
    - [x] Government　[x] Defendant make(s) closing statements.

## The Court Orders:

- [ ] The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.
- [x] Defendant detained pending trial; Detention Order to be entered. Defendant remanded to custody of U.S. Marshal.
- [ ] Unsecured Bond set at ___ with conditions per Release Order.
- [ ] Defendant remanded to the custody of U.S. Marshal pending execution of bond.
- [ ] Defendant remanded to the custody of U.S. Marshal.

Court Reporter Emily Cripe. Government informs court that defendant's parole status has been revoked.

SR-03-2020