# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CR-24-467-SLP |
| | ) |
| NASIR AHMAD TAWHEDI, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S APPLICATION AND MOTION TO FILE UNDER SEAL PURSUANT TO LCrR12.2

COMES NOW, Craig M. Hoehns, Attorney for the Defendant, Nasir Ahmad Tawhedi, and applies to and moves this Court to file "Defendant's Unopposed Motion for Determination of Competency" under seal pursuant to LCrR12.2, and in support thereof provides:

1. Counsel intends to provide confidential and/or privileged information, or information not otherwise fit for public disclosure in his motion. Therefore, Defendant applies to this Court for an order authorizing the clerk to file the document under seal. LCrR12.2.

WHEREFORE, Counsel prays this Honorable Court to grant his application and motion to file Defendant's Unopposed Motion for Determination of Competency under seal.

Respectfully submitted,

s/ Craig M. Hoehns
Craig M. Hoehns
Bar Number: 21700
Attorney for Nasir Ahmad Tawhedi
Hoehns Law Office, PLLC
5600 N. May Ave., Suite 310
Oklahoma City, OK 73112
Telephone: (405) 535-2005
Fax: (405) 543-1354
craig.hoehns@hoehnslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

s/ Craig M. Hoehns
Craig M. Hoehns