# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

vs

NASIR AHMAD TAWHEDI

**NOTICE**

Case Number:    CR-24-467-SLP
USM Number:    40258-511

**Defendant detained at Grady County County.**

| Type of Case |    X   **CRIMINAL** |
|---|---|

### *TAKE NOTICE*

That a proceeding in this case has been scheduled for the place, date and time set forth below:

Place: U.S. Courthouse
       Courtroom #304
       200 N.W. 4th Street
       Oklahoma City, OK    73102

**DATE AND TIME**

**February 4, 2026, at 9:30 a.m.**

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification to the court security officer.

TYPE OF PROCEEDING:                   **COMPETENCY HEARING**

TAKE NOTICE: that the proceeding in this case was previously scheduled as indicated below:

Place: U.S. Courthouse
       200 N.W. 4th Street
       Oklahoma City, OK    73102

**Date and Time Previously Scheduled**

                       JUDGE SCOTT L. PALK

December 30,2025
Date

                       s/ Lori Gray
                       BY DEPUTY CLERK

AUSA (Matt Dillon, Jessica Perry, Everett McMillian)
Craig M. Hoehns
USM
USPO